# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-cr-0314-MMA-3 |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| ARSEN MINASYAN (3), | |
| Defendant. | |

Under Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations, and to safeguard the sensitive financial information and personally identifiable information of victims and other third parties,

IT IS HEREBY ORDERED that:

1. Any discoverable documents that were filed under seal are unsealed for the limited purpose of allowing the United States to provide them to each defendant and defense counsel ("the Defense") in discovery.

2. All discovery produced by the United States in this case is for use by the Defense solely for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose.

3. The Defense may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the defense, except as further set forth herein.

4. Defense counsel must sign a copy of this Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of his/her defense team is advised of the Order and agrees in writing to be bound by its terms.

5. The Defense must take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

6. The Defense may share discovery materials with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense informs any such individual(s) of this Order and obtains his/her written agreement to be bound by its terms.

7. The Defense may show witnesses discovery materials as necessary for the preparation of the defense, but may not give copies of the materials to witnesses absent further Order of the Court.

8. The Defense must return any and all copies of the discovery to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

9. To the extent that any of the criminal discovery materials contain any individual's personal information, within the meaning of General Order 514, the Defense must redact any filings referencing or containing said materials in a manner consistent with General Order 514.

10. To the extent that any criminal discovery materials were filed with the court under seal, the Defense must file a motion to unseal the documents with notice to the United States before any pleadings or exhibits referencing or containing said materials may be publicly filed.

*United States v. Simonyan et al.*
*20-cr-0314-MMA*

11. If defense counsel withdraws or is disqualified from participation in this case, the Defense must return any discovery produced pursuant to the Order to the United States within 10 days.

IT IS SO ORDERED.

DATED: April 9, 2020

HON. MICHAEL M. ANELLO
United States District Judge