UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARSEN MINASYAN (3),<br><br>　　　　　　Defendant. | Case No.  20cr0314-MMA<br><br>**AMENDED ORDER OF CRIMINAL FORFEITURE**<br><br>[Doc. No. 216] |

On April 2, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ARSEN MINASYAN (3) ("Defendant") in the following properties:

　　a. One (1) ZTE Model F160 cellular telephone with serial number 321803081422;

　　b. One (1) Apple iPhone A19 01(X) cellular telephone with IMEI 353044090173338;

　　c. One (1) Apple iPhone A19 01(X) cellular telephone with IMEI 359410081139253;

　　d. One (1) Apple iPhone 8 cellular telephone with serial number 357209097391201 and SIM card number 89014103271799663487;

　　e. One (1) Apple iPhone 8 cellular telephone with serial number 354871091408704 and SIM card number 89014103271129608368;

　　f. One (1) AT&T model 40440 cellular telephone with IMEI 014685006009155 and SIM card number 89014102270204878863.

//

      For thirty (30) consecutive days ending on May 12, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

      On April 20, 2021, Notice of Order of Forfeiture was sent by Federal Express as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| Davit Simonyan (1)<br>c/o George G. Mgdesyan, Esq.<br>Mgdesyan Law Firm<br>15260 Ventura Boulevard<br>Penthouse 2200<br>Sherman Oaks, CA 91403 | 773496066532 | Delivered on 4/22/21 |
| Vahram Simonyan (2)<br>c/o Lance M. Rosenberg<br>Attorney at Law<br>15910 Ventura Blvd., Ste. 1150<br>Encino, CA 91436 | 773496170880 | Delivered on 4/22/21 |
| Gor Plavchyan (4)<br>c/o Melanie Killedjian, Esq.<br>Killedjian Law Corporation<br>15233 Ventura Blvd., Ste. 324<br>Sherman Oaks, CA 91403 | 773496329710 | Delivered on 4/22/21 |
| Arsen Galstyan (5)<br>c/o Rafayel Michael Mgdesyan<br>Attorney at Law<br>4529 Sherman Oaks Avenue<br>Sherman Oaks, CA 91403 | 773496370500 | Delivered on 4/22/21 |
| Mukuch Mkrtchyan (6)<br>c/o William R. Burgener<br>Attorney at Law<br>3990 Old Town Ave., Ste. C105<br>San Diego, CA 92110 | 773496473237 | Delivered on 4/23/21 |

//

| Name and Address | Tracking No. | Result |
|---|---|---|
| Smbat Shahinyan (7)<br>c/o Alex Robert Kessel<br>Attorney at Law<br>15910 Ventura Blvd., Ste. 1030<br>Encino, CA 91436 | 773496519655 | Delivered on 4/22/21 |
| Rima Gulkhasyan<br>10214 Fernglen, Apt. 5<br>Tujunga, CA 91042 | 773496565816 | Delivered on 4/21/21 |
| Rima Gulkhasyan<br>7929 Ledge Avenue, #5<br>Sun Valley, CA 91352 | 773496628207 | Delivered on 4/21/21 |
| Sona Baghdasaryan<br>1318 E. Harvard Street<br>Glendale, CA 91205-1414 | 773496667914 | Delivered on 4/21/21 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ARSEN MINASYAN (3) and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

    a. One (1) ZTE Model F160 cellular telephone with serial number 321803081422;

    b. One (1) Apple iPhone A19 01(X) cellular telephone with IMEI 353044090173338;

    c. One (1) Apple iPhone A19 01(X) cellular telephone with IMEI 359410081139253;

    d. One (1) Apple iPhone 8 cellular telephone with serial number 357209097391201 and SIM card number 89014103271799663487;

    e. One (1) Apple iPhone 8 cellular telephone with serial number 354871091408704 and SIM card number 89014103271129608368;

    f. One (1) AT&T model 40440 cellular telephone with IMEI 014685006009155 and SIM card number 89014102270204878863.

IT IS FURTHER ORDERED that any and all interest of the following persons are specifically terminated and forfeited to the United States of America as to the above-referenced properties:

    Davit Simonyan (1)          Mukuch Mkrtchyan (6)
    Vahram Simonyan (2)       Smbat Shahinyan (7)
    Gor Plavchyan (4)            Rima Gulkhasyan
    Arsen Galstyan (5)           Sona Baghdasaryan

IT IS FURTHER ORDERED that costs incurred by the United States Secret Service and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Secret Service shall dispose of the forfeited properties according to law.

IT IS FURTHER ORDERED THAT the money judgment imposed upon Defendant ARSEN MINASYAN (3) in the amount of $59,565.90, included in the Preliminary Order of Criminal Forfeiture that was entered on April 2, 2021, is hereby affirmed.

IT IS SO ORDERED.

DATE: June 15, 2021

HON. MICHAEL M. ANELLO
United States District Judge